Case 3:06-cv-00100-CRB Document 39 Filed 06/21/2006 Page 1 of 4

MICHAEL K. PLIMACK (Bar No. 133869)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
ELENA M. DIMUZIO (Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Michael.Plimack@hellerehrman.com
Christine.Haskett@hellerehrman.com
Elena.DiMuzio@hellerehrman.com

Attorneys for Plaintiff
DEPOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEPOMED, INC., a California corporation,

Plaintiff,

v.

IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation,

Defendants.

Case No.: C-06-0100 CRB

**STIPULATION AND [~~PROPOSED~~] ORDER RE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Magistrate Judge Joseph C. Spero

Case 3:06-cv-00100-CRB Document 39 Filed 06/21/2006 Page 2 of 4

Plaintiff Depomed, Inc. ("Depomed") and Defendants IVAX Corporation and IVAX Pharmaceuticals, Inc. (collectively, "Ivax"), through their counsel, hereby stipulate as follows:

1. Ivax will complete its document production in response to Depomed's First Requests for Production of Documents and Things (Nos. 1-33) such that Depomed will receive Ivax's production on or before June 30, 2006.

2. With respect to manufacturing batch records that are responsive to Depomed's document requests, due to the voluminous nature of these documents, Ivax will not produce these documents by June 30, 2006 but will instead produce summaries of the information and other documents relating to the batch records. The parties will subsequently meet and confer as to whether these documents need not be produced, whether Ivax will produce a representative sample of these documents, or whether Ivax will make them available for inspection in their entirety. Should Depomed opt for the production of a representative sample, Ivax will produce such a sample within two weeks of Depomed's request.

3. Depomed's Motion to Compel Production of Documents and Depomed's Motion to Shorten Time, both filed with the Court on June 14, 2006, shall be taken off calendar.

IT IS SO STIPULATED.

Dated: June 21, 2006

HELLER EHRMAN LLP

By /s Christine Saunders Haskett
CHRISTINE SAUNDERS HASKETT

Of Counsel: Ed Mandell
Law Offices of Edward L. Mandell
20588 Debbie, Suite 204
Saratoga, CA 95070

Attorneys for Plaintiff
DEPOMED, INC.

Dated: June 21, 2006

MAYER, BROWN, ROWE & MAW LLP

By /s William Healey
WILLIAM HEALEY

Attorneys for Defendants
IVAX, CORPORATION and
IVAX PHARMACEUTICALS, INC.

IT IS SO ORDERED.

Dated: June 22, 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

JOSE[illegible]
United [illegible] Magistrate Judge

**ECF CERTIFICATION**

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Re Plaintiff's Motion to Compel Production of Documents. In compliance with General Order 45.X.B, I hereby attest that William Healey has concurred in this filing.

DATED: June 21, 2006

HELLER EHRMAN LLP

By /s Christine Saunders Haskett
CHRISTINE SAUNDERS HASKETT

Attorneys for Plaintiff
DEPOMED, INC.