FORREST A. HAINLINE III (Bar No. 64166)
GOODWIN PROCTER LLP
101 California Street, Suite 1850
San Francisco, CA 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Email: fhainline@goodwinprocter.com

Attorneys for Defendants
IVAX CORPORATION and
IVAX PHARMACEUTICALS, INC.

MICHAEL K. PLIMACK (Bar No. 133869)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
ELENA M. DIMUZIO (Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Michael.Plimack@hellerehrman.com

Attorneys for Plaintiff
DEPOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation,<br><br>Defendants. | Case No.: C-06-0100 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE**<br><br>The Honorable Charles R. Breyer |

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE: Case No. C-06-0100 CRB

WHEREAS, the attorneys representing Defendants Ivax Corporation and Ivax Pharmaceuticals, Inc. (collectively, "Ivax") moved to a new law firm that cannot represent Ivax due to a conflict of interest; and

WHEREAS, Ivax retained new counsel that requested a modification to the current schedule in order to become familiar with the facts and evidence of the case; and

WHEREAS, the parties negotiated the modification now requested; and

WHEREAS, there have been no previous time modifications of the deadlines affected herein; and

WHEREAS, the requested modification will affect the dates under the Local Patent Rules set forth below but will not affect the tutorial and Markman hearings that have been scheduled for November 14 and 16, 2006, respectively,

THEREFORE, Plaintiff Depomed, Inc. ("Depomed") and Ivax, through their counsel, and pursuant to Civil Local Rules 6-1 and 6-2, jointly stipulate as follows:

1.   Ivax shall serve its revised claim terms, phrases, or clauses that Ivax contends should be construed by the Court, and identification of any claim element that Ivax contends should be governed by 35 U.S.C. § 112(6) by **August 4, 2006**. The lists of claim terms, phrases, or clauses required by P.L.R. 4-1 were exchanged among the parties on June 26, 2006, per the Rule. Depomed has agreed, however, to allow Ivax to revise its list, if necessary, by August 4, 2006. Pursuant to a prior agreement among the parties, if Ivax lists more than five claim terms, phrases, or clauses, then those terms, phrases, or clauses shall be grouped so as to indicate in some fashion their relative importance to Ivax.

2.   The deadline for simultaneous exchange by parties of (i) a "Preliminary Claim Construction" of each claim term, phrase, or clause that the parties have identified for claim construction purposes, and (ii) a "preliminary identification of extrinsic evidence" (including brief summary of substance of expert witness testimony) shall be **August 14, 2006**. This deadline has been extended from the original July 17, 2006 date. See P.L.R. 4-2(a) & (b) ("20 days after the exchange of the Proposed Terms and Claim Elements for Construction pursuant to P.L.R. 4-1"). Pursuant to a prior agreement among the parties, each party shall provide proposed constructions

1

and preliminary identifications of extrinsic evidence for only those terms listed on that party's list of claim terms, phrases, and clauses for construction.

   3.   The parties shall meet and confer to narrow the list of claim terms, phrases, or clauses to be construed to five by **August 18, 2006**.

   4.   The deadline for filing the "Joint Claim Construction and Prehearing Statement" shall be **August 28, 2006**. This deadline has been extended from the original August 11, 2006 date. See P.L.R. 4-3 ("60 days after service of the Preliminary Invalidity Contentions").

   5.   Discovery relating to claim construction, including any depositions relating to claim construction of any witnesses, including experts, identified in the Joint Claim Construction and Prehearing Statement shall be completed by **September 18, 2006**. This deadline has been extended from the original September 11, 2006 date. See P.L.R. 4-4 ("30 days after service and filing of the Joint Claim Construction and Prehearing Statement").

   6.   Depomed shall serve and file its "opening brief" and any evidence supporting its claim construction by **October 2, 2006**. This deadline has been extended from the original September 25, 2006 date. See P.L.R. 4-5(a) ("45 days after service and filing of the Joint Claim Construction and Prehearing Statement").

   7.   Ivax shall serve and file its "responsive brief" and supporting evidence by **October 16, 2006**. See P.L.R. 4-5(b) ("not later than 14 days after service of the opening brief").

   8.   Depomed shall file and serve any "reply brief" and supporting evidence by **October 25, 2006**. See P.L.R. 4-5(c) ("not later than 7 days after service of a responsive brief").

   9.   Ivax will seek no further extensions before the Markman hearing, absent unforeseen and extenuating circumstances.

   //
   //
   //
   //
   //
   //

IT IS SO STIPULATED.

Dated: August 3, 2006                    HELLER EHRMAN LLP


                                         By /s Christine Saunders Haskett
                                            CHRISTINE SAUNDERS HASKETT

                                         Of Counsel:    Ed Mandell
                                                        Law Offices of Edward L. Mandell
                                                        20588 Debbie, Suite 204
                                                        Saratoga, CA 95070

                                         Attorneys for Plaintiff
                                         DEPOMED, INC.


Dated: August 3, 2006                    GOODWIN PROCTER LLP


                                         By /s Forrest A. Hainline III
                                            FORREST A. HAINLINE III

                                         Attorneys for Defendants
                                         IVAX CORPORATION and
                                         IVAX PHARMACEUTICALS, INC.


IT IS SO ORDERED.


Dated:      August 07, 2006              _____
                                         CHARLES R. BREYER
                                         United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*