1  MAYER, BROWN, ROWE & MAW, LLP
   Mark G. Paulson (Admitted Pro Hac Vice)
2  Susan T. Brown (Admitted Pro Hac Vice)
   William J. Healey (SBN 231910)
3  1909 K Street, N.W.
   Washington, D.C. 20006
4  Tel: (202) 263-3000
   Fax: (202) 263-3300
5
   MAYER, BROWN, ROWE & MAW, LLP
6  Brandon Baum (SBN 121318)
   Two Palo Alto Square, Suite 300
7  3000 El Camino Real
   Palo Alto, CA 94306-2112
8
   Attorneys For Defendants
9  IVAX CORPORATION and
   IVAX PHARMACEUTICALS, INC.
10

11

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPOMED, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IVAX CORPORATION, a Florida corporation and IVAX PHARMACEUTICALS, INC., a Florida corporation,<br><br>Defendants. | Case No.: 06-0100 (CRB)<br><br>SUBSTITUTION OF COUNSEL<br><br>Judge: Hon. Charles R. Breyer<br><br>Complaint Filed: January 9, 2006 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendants Ivax Corporation and Ivax Pharmaceuticals, Inc., hereby substitute as their attorney of record in this action Goodwin | Procter LLP, 101 California Street, Suite 1850, San Francisco, California 94111, in the place of Mayer, Brown, Rowe, & Maw, LLP, Two Palo Alto Square, Suite 300, 3000 El Camino Real, Palo Alto, California 94306.

///

///

///

The undersigned consents to the foregoing substitution:

Dated: July 31, 2006.

MAYER, BROWN, ROWE, & MAW, LLP

By: /s/ Brandon Baum
Brandon Baum

Attorneys for Defendants
IVAX CORPORATION and
IVAX PHARMACEUTICALS, INC.

The undersigned accepts the foregoing substitution of attorneys:

Dated: July 31, 2006.

GOODWIN PROCTER LLP

By: /s/ Forrest A. Hainline III
Forrest A. Hainline III
GOODWIN PROCTER LLP
101 California Street, Suite 1850
San Francisco, CA 94111
(415) 733-6000
(415) 677-9041

## ORDER

Based on the foregoing substitution of counsel, and good cause appearing, it is hereby ordered that the law firm of Goodwin | Procter LLP is substituted as counsel for defendants in the place of Mayer, Brown, Rowe & Maw, LLP.

Dated: August 18, 2006

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
Judge Charles R. Breyer