M. PATRICIA THAYER (Bar No. 90818)
MICHAEL K. PLIMACK (Bar No. 133869)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
NISHITA DOSHI (Bar No. 235129)
ELENA M. DIMUZIO (BAR. NO. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email:  Patricia.Thayer@hellerehrman.com
        Michael.Plimack@hellerehrman.com
        Christine.Haskett@hellerehrman.com
        Nishita.Doshi@hellerehrman.com
        Elena.DiMuzio@hellerehrman.com

Attorneys for Plaintiff
DEPOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>                                      Plaintiff,<br><br>     v.<br><br>IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation,<br><br>                                      Defendants. | Civil Action No.: C-06-0100 CRB<br><br>**~~[PROPOSED]~~ ORDER REGARDING COURTROOM EQUIPMENT FOR TUTORIAL HEARING NOV. 7, 2006 AND MARKMAN HEARING NOV. 16, 2006.**<br><br>Judge: Hon. Charles R. Breyer |

1       Plaintiff Depomed, Inc. ("Depomed"), by and through its counsel of record, hereby requests
2 permission to bring into the courtroom at 12:30 p.m. on November 7, 2006 and at 12:30 p.m. on
3 November 16, 2006 the following equipment necessary for the Technology Tutorial and Markman
4 Hearing presentations in the above-identified case scheduled for 2:00 p.m. on those days:

      One (1) ELMO presenter
      One (1) Sony projector
      Two (2) laptop computers
      One (1) projector screen
      One (1) tech table
      Assortment of cables/switches

November 1, 2006                   Respectfully submitted,

                                            HELLER EHRMAN LLP

                                            By        s/ Michael K. Plimack
                                                          MICHAEL K. PLIMACK

                                            Plaintiff
                                            DEPOMED

                                            <u>ORDER</u>

IT IS SO ORDERED.


Dated: _November 2, 2006_____       _____
                                                    The Honorable Charles R. Breyer
                                                     United States District Judge

2
[PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT: C-06-0100 CRB