UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEPOMED, INC.,

        Plaintiff(s),

   v.

IVAX CORPORATION, ET AL.,

        Defendant(s).

No. C-06-0100 CRB (JCS)

**ORDER GRANTING MOTION TO COMPEL DEPOSITION OF PHILLIP FROST**

The Court has received correspondence dated March 12, 2007, from the parties [Docket No. 80], which the Court interprets as a "Motion to Compel." Good cause appearing, IT IS HEREBY ORDERED that the Motion to Compel is GRANTED. Phillip Frost, CEO of Ivax, shall sit for a deposition not to exceed two (2) hours.

IT IS SO ORDERED.

Dated: March 13, 2007

                                                                  JOSEPH C. SPERO
United States Magistrate Judge