SUTHERLAND ASBILL & BRENNAN LLP
JOHN L. NORTH (Admitted Pro Hac Vice)
JEFFREY J. TONEY (Admitted Pro Hac Vice)
WILLIAM F. LONG (Admitted Pro Hac Vice)
JACKIE L. TONEY (Admitted Pro Hac Vice)
LESLIE S. THOMASSON (Admitted Pro Hac Vice)
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
Email: John.North@sablaw.com
       Jeffrey.Toney@sablaw.com
       Bill.Long@sablaw.com
       Jackie.Toney@sablaw.com
       Leslie.Thomasson@sablaw.com

GOODWIN PROCTER LLP
FORREST A. HAINLINE III (Bar No. 64166)
SUSANNE N. GERAGHTY (Bar No. 218098)
101 California Street, Suite 1850
San Francisco, CA 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Email: fhainline@goodwinprocter.com

Attorneys for Defendants
IVAX, CORPORATION and
IVAX PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation,<br><br>Defendants. | Case No.: C-06-0100 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING IVAX FILING AMENDED ANSWER AND COUNTERCLAIM** |

Under Rule 15(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed between the parties that Defendants Ivax Corporation and Ivax Pharmaceuticals, Inc. ("Ivax") shall file, contemporaneously with this Stipulation, Ivax's Amended Answer and Counterclaim, attached hereto as Exhibit A. Plaintiff Depomed's Reply to the Amended Answer and Counterclaim shall be filed and served no later than May 11, 2007.

Dated: April 11, 2007         SUTHERLAND ASBILL & BRENNAN LLP

By /s/ William F. Long
WILLIAM F. LONG

Attorney for Defendants
IVAX CORPORATION and
IVAX PHARMACEUTICALS, INC.

Dated: April 11, 2007         HELLER EHRMAN LLP

By /s/ Michael K. Plimack
MICHAEL K. PLIMACK

Attorneys for Plaintiff
DEPOMED, INC.

**ORDER**

IT IS SO ORDERED.

Dated: _April 12_, 2007

The Honorable Charles R. Breyer
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]*

STIPULATION AND [PROPOSED] ORDER APPROVING IVAX FILING AMENDED ANSWER AND COUNTERCLAIM

Case No. C-06-0100 CRB