1  M. PATRICIA THAYER (Bar No. 90818)
2  MICHAEL K. PLIMACK (Bar No. 133869)
   CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
3  NISHITA DOSHI (Bar No. 235129)
   ELENA M. DIMUZIO (Bar No. 239953)
4  HELLER EHRMAN LLP
   333 Bush Street
5  San Francisco, CA 94104-2878
   Telephone: +1 (415) 772-6000
6  Facsimile: +1 (415) 772-6268
7  Email: Michael.Plimack@hellerehrman.com
          Patricia.Thayer@hellerehrman.com
8         Christine.Haskett@hellerehrman.com
          Nishita.Doshi@hellerehrman.com
9         Elena.DiMuzio@hellerehrman.com

10 Attorneys for Plaintiff
   DEPOMED, INC.
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17 | DEPOMED, INC., a California corporation,         Case No.: C-06-0100 CRB

18 |                              Plaintiff,          **STIPULATION AND [PROPOSED]**
                                                     **ORDER RE PLAINTIFF'S REPLY TO**
19 |       v.                                        **AMENDED COUNTERCLAIM**

20 | IVAX CORPORATION, a Florida corporation, and    District Judge Charles R. Breyer
     IVAX PHARMACEUTICALS, INC., a Florida
21 | corporation,

22 |                              Defendants.

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S REPLY TO AMENDED COUNTERCLAIM: Case
No. C-06-0100 CRB

Plaintiff and Counterdefendant Depomed, Inc. ("Depomed") and Defendants and Counterclaimants IVAX Corporation and IVAX Pharmaceuticals, Inc. (collectively, "Ivax"), through their counsel, hereby stipulate as follows:

The deadline for Depomed to respond to Ivax's Amended Answer and Counterclaim, filed April 11, 2007, is extended to Wednesday, May 16, 2007. Accordingly, Depomed will file and serve its Reply to Ivax's Amended Answer and Counterclaim on or before Wednesday, May 16, 2007.

IT IS SO STIPULATED.

Dated: May 11, 2007         HELLER EHRMAN LLP

                            By /s Christine Saunders Haskett
                                CHRISTINE SAUNDERS HASKETT

                            Attorneys for Plaintiff
                            DEPOMED, INC.

Dated: May 11, 2007         SUTHERLAND ASBILL & BRENNAN LLP

                            By /s John North
                                JOHN NORTH

                            Attorneys for Defendants
                            IVAX, CORPORATION and
                            IVAX PHARMACEUTICALS, INC.

IT IS SO ORDERED.

Dated: May 14, 2007                    _____
                                       The Honorable Charles R. Breyer
                                       United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

1
STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S REPLY TO AMENDED COUNTERCLAIM: Case No. C-06-0100 CRB