MICHAEL K. PLIMACK (Bar No. 133869)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
NISHITA DOSHI (Bar No. 235129)
ELENA M. DIMUZIO (Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email:  Michael.Plimack@hellerehrman.com
        Christine.Haskett@hellerehrman.com
        Nishita.Doshi@hellerehrman.com
        Elena.DiMuzio@hellerehrman.com

Attorneys for Plaintiff
DEPOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPOMED, INC., a California corporation, | Case No.:  C-06-0100 CRB |
| Plaintiff, | ~~[PROPOSED]~~ SCHEDULING ORDER |
| v. | The Honorable Charles R. Breyer |
| IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation, | |
| Defendants. | |

Counsel for Plaintiff Depomed, Inc. ("Depomed") and Defendants IVAX Corporation and IVAX Pharmaceuticals, Inc. (collectively, "Ivax") jointly submit this Proposed Scheduling Order. The parties agreed and stipulated to the dates proposed in this Order.

Fact discovery cut-off:  July 13, 2007

Initial expert reports:  August 1, 2007

Rebuttal expert reports:  August 22, 2007

Expert discovery cutoff:  September 12, 2007

Summary judgment motions due:  October 5, 2007

Notwithstanding the fact discovery cut-off date of July 13, 2007, should either party be ordered by the Court to produce additional materials relating to fact discovery after this date, such production will not violate this Order.

Furthermore, the cut-off date for responses to third party discovery will be July 30, 2007.

The parties will be ready for trial in February, 2008.  The parties anticipate that trial will last approximately 10 days.  The parties respectfully request that the Court set a pre-trial conference and trial date, or, alternatively, a status conference.

Dated:  June 20, 2007         HELLER EHRMAN LLP

                              By /s Michael K. Plimack
                                      MICHAEL K. PLIMACK

                              Attorneys for Plaintiff
                              DEPOMED, INC.


Dated:  June 20, 2007         SUTHERLAND ASBILL LLP

                              By /s

                              Attorneys for Defendants
                              IVAX CORPORATION and
                              IVAX PHARMACEUTICALS, INC.

1

[PROPOSED] SCHEDULING ORDER                                    Case No. C-06-0100 CRB

1     This matter is set for trial on _____.

2     A pretrial conference shall be held on _____.

4     IT IS SO ORDERED.

7   DATED:   june 22, 2007

8                                  The Honorable Charles R. Breyer
9                                  United



2