SUTHERLAND ASBILL & BRENNAN LLP
JOHN L. NORTH (Admitted Pro Hac Vice)
JEFFREY J. TONEY (Admitted Pro Hac Vice)
WILLIAM F. LONG (Admitted Pro Hac Vice)
JACKIE L. TONEY (Admitted Pro Hac Vice)
LESLIE S. THOMASSON (Admitted Pro Hac Vice)
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
Email: John.North@sablaw.com
       Jeffrey.Toney@sablaw.com
       Bill.Long@sablaw.com
       Jackie.Toney@sablaw.com
       Leslie.Thomasson@sablaw.com

GOODWIN PROCTER LLP
FORREST A. HAINLINE III (Bar No. 64166)
SUSANNE N. GERAGHTY (Bar No. 218098)
101 California Street, Suite 1850
San Francisco, CA  94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Email:  fhainline@goodwinprocter.com

Attorneys for Defendants
IVAX, CORPORATION and
IVAX PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEPOMED, INC., a California corporation, | Case No.:  C-06-0100 CRB |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFF'S MOTION FOR SANCTIONS AND ASSOCIATED DOCUMENTS UNDER SEAL |
| v. | |
| IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5(d), and having considered Plaintiff's Administrative Motion to File Portions of Plaintiff's Motion for Sanctions and Associated Documents Under Seal, and the Declarations of Elena M. DiMuzio and Leslie S. Thomasson in

1  support thereof, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion is GRANTED.

2  The unredacted versions of Plaintiff's Motion for Sanctions and the accompanying exhibits will

3  remain under seal.

4      IT IS SO ORDERED.

6  Dated __ July 24 ____, 2007.

                                      The Honorable Charles R. Breyer
                                      United States District Judge

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer)

1