SUTHERLAND ASBILL & BRENNAN LLP
JOHN L. NORTH (Admitted Pro Hac Vice)
JEFFREY J. TONEY (Admitted Pro Hac Vice)
WILLIAM F. LONG (Admitted Pro Hac Vice)
JACKIE L. TONEY (Admitted Pro Hac Vice)
LESLIE S. THOMASSON (Admitted Pro Hac Vice)
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
Email: John.North@sablaw.com
       Jeffrey.Toney@sablaw.com
       Bill.Long@sablaw.com
       Jackie.Toney@sablaw.com
       Leslie.Thomasson@sablaw.com

GOODWIN PROCTER LLP
FORREST A. HAINLINE III (Bar No. 64166)
SUSANNE N. GERAGHTY (Bar No. 218098)
101 California Street, Suite 1850
San Francisco, CA  94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Email:  fhainline@goodwinprocter.com

Attorneys for Defendants
IVAX, CORPORATION and
IVAX PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>                            Plaintiff,<br><br>     v.<br><br>IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation,<br><br>                            Defendants. | Case No.:  C-06-0100 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE EXHIBIT L UNDER SEAL** |

Case No. C-06-0100 CRB
[Proposed] Order Granting Defts' Motion To File Exhibit L Under Seal

Having reviewed the submission of counsel, IT IS HEREBY ORDERED that Defendants Ivax Corporation's and Ivax Pharmaceuticals, Inc.'s Motion to File Exhibit L Under Seal is GRANTED.  Exhibit L will be filed under seal.

IT IS SO ORDERED.

Dated:   August 20  , 2007



_____
Charles R. Breyer
District Judge

2

Case No. C-06-0100 CRB
[Proposed] Order Granting Defts' Motion To File Exhibit L Under Seal