SUTHERLAND ASBILL & BRENNAN LLP
JOHN L. NORTH (Admitted Pro Hac Vice)
JEFFREY J. TONEY (Admitted Pro Hac Vice)
WILLIAM F. LONG (Admitted Pro Hac Vice)
JACKIE L. TONEY (Admitted Pro Hac Vice)
LESLIE S. THOMASSON (Admitted Pro Hac Vice)
KRISTIN E. GORAN (Admitted Pro Hac Vice)
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996
Telephone:  (404) 853.8000
Facsimile:  (404) 853-8806
Email: John.North@sablaw.com
       Jeffrey.Toney@sablaw.com
       Bill.Long@sablaw.com
       Jackie.Toney@sablaw.com
       Leslie.Thomasson@sablaw.com
       Kristin.Goran@sablaw.com

GOODWIN PROCTER LLP
FORREST A. HAINLINE III (Bar No. 64166)
SUSANNE N. GERAGHTY (Bar No. 218098)
101 California Street, Suite 1850
San Francisco, CA 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041
Email: fhainline@goodwinprocter.com

Attorneys for Defendants
IVAX CORPORATION and
IVAX PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation,<br><br>Defendants. | Case No.C-06-0100 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS IVAX CORPORATION'S AND IVAX PHARMACEUTICALS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT ASSOCIATED WITH DEFENDANTS' MOTION FOR SUPPLEMENTAL CLAIM CONSTRUCTION UNDER SEAL |

Case No. C-06-0100 CRB

AO 1769803.1

1  Pursuant to Civil Local Rules 7-11 and 79-5(d), and having considered Defendants Ivax
2  Corporation's and Ivax Pharmaceuticals, Inc's Administrative Motion to File Document Associated
3  with Defendants' Motion for Supplemental Claim Construction Under Seal, Defendants' motion for
4  administrative relief is GRANTED.  The Court HEREBY ORDERS that Exhibits 3 to the
5  Declaration of Kristin E. Goran in Support of Defendants Ivax Corporation's and Ivax
6  Pharmaceuticals, Inc.'s Motion for Supplemental Claim Construction be filed under seal.

IT IS SO ORDERED.

Dated  Oct. 10  , 2007.



The Honorable Charles R. Breyer
United States District Judge

-2-

Case No. C-06-0100 CRB
AO 1769803.1