IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEPOMED,INC.,

    Plaintiff,

v.

IVAX CORPORATION,

    Defendant.
_____/

No. C 06-00100 CRB

**ORDER**

    **THE COURT HEREBY** vacates the Order Granting Ivax Corporation's Motion for Supplemental Claim Construction. The order being inadvertently filed on October 10, 2007 doc no. 265 shall be deleted from the docket.

**IT IS SO ORDERED.**

Dated: October 11, 2007

    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE