MICHAEL K. PLIMACK (Bar No. 133869)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
NATHAN SHAFROTH (BAR NO. 232505)
ELENA M. DIMUZIO (BAR. NO. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email:  Michael.Plimack@hellerehrman.com
        Christine.Haskett@hellerehrman.com
        Nathan.Shafroth@hellerehrman.com
        Elena.DiMuzio@hellerehrman.com

Attorneys for Plaintiff
DEPOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation,<br><br>                              Defendants. | Civil Action No.: C-06-0100 CRB<br><br>**[PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR HEARING ON MOTIONS FOR SUMMARY JUDGMENT NOV. 20, 2007**<br><br>Judge: Hon. Charles R. Breyer |

Plaintiff Depomed, Inc. ("Depomed"), by and through its counsel of record, hereby requests permission to bring into the courtroom at 12:30 p.m. on November 20, 2007 the following equipment necessary for the Hearing on Motions for Summary Judgment in the above-identified case, scheduled for 2:30 p.m. on that day:

One (1) ELMO presenter

One (1) Sony projector

Two (2) laptop computers

One (1) projector screen

One (1) tech table

Assortment of cables/switches

November 8, 2007                          Respectfully submitted,

                                          HELLER EHRMAN LLP


                                          By         s/ Michael K. Plimack
                                                     MICHAEL K. PLIMACK

                                          Plaintiff
                                          DEPOMED


                                          ORDER

IT IS SO ORDERED.


Dated: _November 16, 2007_____          _____
                                          The Honorable
                                          United States

2