MICHAEL K. PLIMACK (Bar No. 133869)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
NATHAN SHAFROTH (Bar No. 232505)
ELENA M. DIMUZIO (Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email: Michael.Plimack@hellerehrman.com
Christine.Haskett@hellerehrman.com
Nathan.Shafroth@hellerehrman.com
Elena.DiMuzio@hellerehrman.com

Attorneys for Plaintiff
DEPOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation,<br><br>Defendants. | Case No.: C-06-0100 CRB<br><br>~~JOINT STIPULATED REQUEST FOR STATUS CONFERENCE AND [PROPOSED]~~ **ORDER SETTING STATUS CONFERENCE**<br><br>District Judge Charles R. Breyer |

Plaintiff and Counterdefendant Depomed, Inc. ("Depomed") and Defendants and Counterclaimants IVAX Corporation and IVAX Pharmaceuticals, Inc. (collectively, "Ivax"), through their counsel, hereby jointly request that the Court set a status conference in this matter for the purpose of setting a Pretrial Conference date and a date for the trial of this matter.

IT IS SO STIPULATED.

Dated: December 21, 2007          HELLER EHRMAN LLP

                                  By /s Michael K. Plimack
                                      MICHAEL K. PLIMACK

                                  Attorneys for Plaintiff
                                  DEPOMED, INC.


Dated: December 21, 2007          SUTHERLAND ASBILL & BRENNAN LLP

                                  By /s John North
                                      JOHN NORTH

                                  Attorneys for Defendants
                                  IVAX, CORPORATION and
                                  IVAX PHARMACEUTICALS, INC.

1

JOINT STIPULATED REQUEST FOR STATUS CONFERENCE AND [PROPOSED] ORDER SETTING STATUS CONFERENCE: Case No. C-06-0100 CRB

**ORDER**

A Status Conference shall be held in this matter on <u>Friday, January 25, 2008</u> at <u>8:30 a.m.</u>, for the purpose of setting Pretrial Conference and trial dates in this matter.

Dated: <u>January 2, 2008</u>



The _____
United _____

JOINT STIPULATED REQUEST FOR STATUS CONFERENCE AND [PROPOSED] ORDER SETTING STATUS CONFERENCE: Case No. C-06-0100 CRB

**ECF CERTIFICATION**

I, Michael K. Plimack, am the ECF User whose identification and password are being used to file this Joint Stipulated Request for Status Conference and [Proposed] Order Setting Status Conference. In compliance with General Order 45.X.B, I hereby attest that John North has concurred in this filing.

DATED: December 21, 2007          HELLER EHRMAN LLP

                                  By /s Michael K. Plimack
                                      MICHAEL K. PLIMACK

                                  Attorneys for Plaintiff
                                  DEPOMED, INC.