United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEPOMED, INC.,

    Plaintiff,

v.

IVAX CORPORATION,

    Defendant.

No. C 06-00100 CRB

**ORDER**

Defendant's Motion to Shorten Time is DENIED. The Alternative Motion to Reopen Discovery and Postpone the Trial, Or Preclude Evidence of Damages Before December 15, 2005 will be heard by the Court on Friday, March 14, 2008. Plaintiff's Opposition is due Tuesday, March 4, 2008. Defendant's Reply is due Friday, March 7, 2008.

Defendant's Motion to Seal (Docket No. 390) is GRANTED.

**IT IS SO ORDERED.**

Dated: February 26, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0100\Hearing Order.wpd