MICHAEL K. PLIMACK (Bar No. 133869)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
NATHAN SHAFROTH (Bar No. 232505)
ELENA M. DIMUZIO (Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email:  Michael.Plimack@hellerehrman.com
        Christine.Haskett@hellerehrman.com
        Nathan.Shafroth@hellerehrman.com
        Elena.DiMuzio@hellerehrman.com

Attorneys for Plaintiff
DEPOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>                              Plaintiff,<br><br>    v.<br><br>IVAX CORPORATION, a Florida corporation, and IVAX PHARMACEUTICALS, INC., a Florida corporation,<br><br>                              Defendants. | **STIPULATION OF DISMISSAL**<br><br>Case No.:  C-06-0100 CRB |

**STIPULATED DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(c), Plaintiff and Counterdefendant DEPOMED, INC. and Defendants and Counterclaimants IVAX CORPORATION and IVAX PHARMACEUTICALS, INC. hereby stipulate to the dismissal of all claims and counterclaims asserted by them in the above-styled action.  Each side will bear its own fees and costs.

Dated:  April 7, 2008    HELLER EHRMAN LLP

By /s Michael K. Plimack
          MICHAEL K. PLIMACK
Attorneys for Plaintiff
DEPOMED, INC.

Dated:  April 7, 2008    SUTHERLAND ASBILL & BRENNAN LLP

By /s John North
          JOHN L. NORTH
Attorneys for Defendants
IVAX, CORPORATION and
IVAX PHARMACEUTICALS, INC.

April 08, 2008

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

**ECF CERTIFICATION**

I, Michael K. Plimack, am the ECF User whose identification and password are being used to file this Stipulated Dismissal of all Claims and Counterclaims.  In compliance with General Order 45.X.B, I hereby attest that John L. North has concurred in this filing.

DATED:  April 7, 2008    HELLER EHRMAN LLP

By /s Michael K. Plimack
          MICHAEL K. PLIMACK
Attorneys for Plaintiff
DEPOMED, INC.